# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MERYL POMPONIO,<br><br>        Plaintiff,<br><br>  v.<br><br>KELLY-MOORE PAINT COMPANY,<br>INC.,<br><br>        Defendant. | Case No. 19-cv-01450-VC<br><br>**ORDER OF DISMISSAL** |

       The Court has been advised by the Notice of Settlement filed on September 26, 2019 that the parties have resolved this case. (Re: Dkt. No. 12).  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

       The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

       **IT IS SO ORDERED.**

Dated: September 27, 2019

_____
VINCE CHHABRIA
United States District Judge